FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JUN 26 PM 12: 13

CLERK D McCarthy
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LEON COOPER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 105-207 |
| | ) | |
| CYNTHIA NELSON, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Respondent's motion to dismiss is **GRANTED**, the petition is **DISMISSED**, and this case is **CLOSED**.

SO ORDERED this 26th day of June, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE